UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:12-cr-488-T-26TGW

LOUIS THOMAS CAPUTO
_____/

**FORFEITURE MONEY JUDGMENT**

Before the Court is United States' Motion for Forfeiture Money Judgment in the amount of $34,500.00 against defendant Louis Thomas Caputo, which, in accordance with Rule 32.2(b)(4) and his Plea Agreement (Doc. 37, at 8), will become a final order of forfeiture as to the defendant at the time it is entered. Being fully advised in the premises, the Court hereby finds that the United States has established that the proceeds of the offense, in violation of 18 U.S.C. § 894(a)(1), to which the Defendant pled guilty as charged in Count One of the Indictment is $34,500.00. Accordingly, it is hereby

**ORDERED** that for good cause shown, the United States' motion is GRANTED.

It is FURTHER **ORDERED** that, pursuant to the

provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, Defendant Louis Thomas Caputo is personally liable for a forfeiture money judgment in the amount of $34,500.00, which represents the amount of proceeds of the offense to which he pled guilty, as charged in Count One of the Information.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the Defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), up to the amount of the forfeiture money judgment, and to entertain any third party claim that may be asserted in these proceedings.

**ORDERED** in Chambers, in Tampa, Florida, on August 15th, 2013.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
All Parties of Record